**LINQ INDUSTRIAL FABRICS, INC., Plaintiff–Appellee,**

v.

**INTERTAPE POLYMER CORP. and Intertape Polymer Management Corp., Defendants–Appellants.**

No. 2006–1496.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2007.

Before MAYER, LINN and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.